IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL HENYARD, JR.
#500642                                                                                           PLAINTIFF

v.                                              No. 3:22-cv-297-DPM

TOM CLEMENTS, Jailer,
Cross County Jail and DOE,
Administrator, Cross County Jail                                                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Henyard hasn't updated his address; and the time to do so has passed. *Doc. 6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2023