IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL HENYARD, JR.
#500642                                                              PLAINTIFF

v.                         No. 3:22-cv-297-DPM

TOM CLEMENTS, Jailer,
Cross County Jail and DOE,
Administrator, Cross County Jail                                    DEFENDANTS

## JUDGMENT

Henyard's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2023